**UNITED STATES BANKRUPTCY COURT**

Northern District of Georgia
Atlanta Division 1340 United States Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404–215–1000

In Re: **Sa Re Ami El**

Debtor(s)

Case No.: **26–59169–jrs**
Chapter: **13**
Judge: **James R. Sacca**

## NOTICE OF DEFICIENCY

You are hereby notified that Document # 27 filed on August 10, 2026, is deficient for the following reasons:

Missing Summary of Assets and Liabilities.

The required filing fee was not paid. (28 U.S.C. 1930). Fee due: $34.00

Please remit required fee via cashier's check or money order payable to the Clerk, U. S. Bankruptcy Court, or through the Payment of Fees event if you are a registered ECF participant. Checks from a debtor cannot be accepted. Payments may also be made online at:https://www.ganb.uscourts.gov/online–payments .

Failure to timely remedy the deficiency noted above may delay prompt administration of the case, including, but not limited to, the timely entry of the debtor's discharge. If this matter is pending before the Court, this Notice of Deficiency does not alter any pending deadlines or remove scheduled hearings from the Court's calendar.

Date: 8/13/26

Vania S. Allen
Clerk of Court

By: Janet Camp
Deputy Clerk

Form 431 – Notice of deficiency 11–2020

United States Bankruptcy Court
Northern District of Georgia

In re: Case No. 26-59169-jrs
Sa Re Ami El Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9 User: bncadmin Page 1 of 1
Date Rcvd: Aug 13, 2026 Form ID: 431 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: sael@simplyinsurance.com | Aug 13 2026 20:58:00 | Sa Re Ami El, 820 West Marietta Street NW, Apt. 1409, Atlanta, GA 30318-8041 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher R. Yarbrough | on behalf of Creditor 820 W Marietta Owner LLC d/b/a Porter Westside cyarbrough@apartmentlaw.com |
| Eric W. Roach | on behalf of Trustee Nancy J. Whaley ECF@njwtrustee.com |
| Nancy J. Whaley | ecf@njwtrustee.com |

TOTAL: 3