**IT IS ORDERED as set forth below:**

**Date: August 13, 2026**

**James R. Sacca**
**U.S. Bankruptcy Court Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE**: | : | **CASE NO**. 26-59169-JRS |
| SA RE AMI EL, | : | **CHAPTER** 13 |
| **Debtor(s).** | : | |
| 820 W. MARIETTA OWNER, LLC<br>d/b/a PORTER WESTSIDE, | : | CONTESTED MATTER |
| **Movant(s),** | : | |
| v. | : | |
| SA RE AMI EL, | : | |
| **Respondent(s)**. | : | |

**ORDER**

This matter is before the Court on the Motion to Lift Stay by Reason of Default filed by 820 W. Marietta Owner, LLC [Doc. 29] (the "Default Motion"), Debtor's Emergency Response thereto [Doc 31] (the "Response") and the Clerk's letter to the Landlord enclosing money orders

delivered to the Clerk by the Debtor for the full amount ordered by the Court in its August 6, 2026, Order (the "Money Orders."). The Court has considered the Default Motion, Response and all other matters of record in the case, it is hereby

ORDERED that the Default Motion is DENIED. The Landlord shall accept the Money Orders and apply them to the Debtor's payments under the current lease in full satisfaction of the Debtor's obligations to it due on or before August 10, 2026, pursuant to the Court's August 6, 2026, Order. If the Default Motion was filed after the Debtor tendered the Money Orders to Landlord as alleged by the Debtor, no attorney fees or late charges can be assessed against the Debtor by the Landlord for having to bring the Default Motion. It is

FURTHER ORDERED that the automatic stay remains in effect until further order of the Court.

**END OF DOCUMENT**

# DISTRIBUTION LIST

**Sa Re Ami El**
820 West Marietta Street NW
Apt. 1409
Atlanta, GA 30318

**Nancy J. Whaley**
Standing Chapter 13 Trustee
Suite 120, Truist Plaza Garden Offices
303 Peachtree Center Avenue
Atlanta, GA 30303

**Christopher R. Yarbrough**
Fowler, Hein, Cheatwood, & Williams, P.A.
2970 Clairmont Road
Suite 220
Atlanta, GA 30329

United States Bankruptcy Court
Northern District of Georgia

In re:
Sa Re Ami El
Debtor

Case No. 26-59169-jrs
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 113E-9 User: bncadmin Page 1 of 1
Date Rcvd: Aug 14, 2026 Form ID: pdf404 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: sael@simplyinsurance.com | Aug 14 2026 20:42:00 | Sa Re Ami El, 820 West Marietta Street NW, Apt. 1409, Atlanta, GA 30318-8041 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher R. Yarbrough | on behalf of Creditor 820 W Marietta Owner LLC d/b/a Porter Westside cyarbrough@apartmentlaw.com |
| Eric W. Roach | on behalf of Trustee Nancy J. Whaley ECF@njwtrustee.com |
| Nancy J. Whaley | ecf@njwtrustee.com |

TOTAL: 3