**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 26-59169-JRS |
| **SA RE AMI EL** | : | CHAPTER 13 |
| Debtor. | : | |
| ------------------------------------------------------------ | : | Judge Sacca |
| 820 W MARIETTA OWNER, LLC<br>d/b/a PORTER WESTSIDE, | : | |
| Movant, | : | |
| v. | : | **CONTESTED MATTER** |
| SA RE AMI EL,<br>Debtor | : | |
| NANCY J. WHALEY, Chapter 13 Trustee, | : | |
| Respondents. | : | |

**<u>MOTION TO LIFT STAY BY REASON OF DEFAULT</u>**

820 W Marietta Owner, LLC d/b/a Porter Westside, Movant herein, moves the Court to enter an Order modifying the automatic stay in the above-referenced matter, and shows:

1.

On August 6, 2026, the Court entered an *Order* which required Debtor to make certain payments to Movant (the "Order") (Doc. No. 25). Debtor was ordered to remain in strict compliance with the order and payments required therein.

2.

Debtor defaulted in his obligations under the Order by failing to pay the post-petition rent, utilities, and late fees of $3,809.79 that was due on or before August 10, 2026. That

payment was not tendered until August 11, 2026. This was not in compliance with the Court's order. Debtor has again defaulted on the Court's order by failing to make the September rent payment on or before September 10, 2026. *See* Affidavit of Latisse Ward, which is attached hereto as Exhibit A.

3.

The September rent payment was due on the 1st and became late on the 4th. The Court allowed a grace period through the 10th before Movant could seek stay relief. The Court specifically instructed the Debtor he was to remain in strict compliance, or the stay would be lifted as to Creditor. Additionally, upon information and belief, Debtor is not in compliance with his trustee payment either. The Debtor has violated the terms of strict compliance several times now.

4.

Pursuant to the Order, Movant requests this Court to enter an order which modifies the automatic stay of U.S. Bankruptcy Code ' 362 to allow Movant to complete dispossessory proceedings in state court against Debtor without further hearing or opportunity for Debtor, Debtor's counsel, or Trustee to respond.

**WHEREFORE**, Movant respectfully requests that this honorable Court enter an order modifying the automatic stay of the U.S. Bankruptcy Code ' 362 to allow Movant to complete dispossessory proceedings in state court against Debtor without further hearing or opportunity for Debtor, Debtor's counsel, or Trustee to respond.

This 15th day of September 2026.

/s/ Christopher R. Yarbrough
Christopher R. Yarbrough
Georgia Bar No. 339339
Attorney for Movant

**Fowler, Hein, Cheatwood & Williams, P.A.**
2970 Clairmont Road
Suite 220
Atlanta, GA 30329
404-633-5114 Telephone
cyarbrough@apartmentlaw.com

## CERTIFICATE OF SERVICE

I, Christopher R. Yarbrough, of 2970 Clairmont Road, Suite 220, Atlanta, Georgia 30329, certify: That I at all times hereinafter mentioned was more than 18 years of age;

That on September 15, 2026, I served a copy of the within **MOTION TO MODIFY STAY BY REASON OF DEFAULT** filed in this bankruptcy matter on the following respondents via U.S. First Class Mail addressed as follows:

Sa Re Ami El
820 West Marietta Street NW
Apt. 1409
Atlanta, GA 30318

Eric W. Roach
**Nancy J. Whaley**
Standing Chapter 13 Trustee
303 Peachtree Center Ave.
Suite 120
Atlanta, GA 30303

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. Executed on: September 15, 2026

/s/ Christopher R. Yarbrough
Christopher R. Yarbrough
Georgia Bar No. 339339
Attorney for Creditor

**Fowler, Hein, Cheatwood & Williams, P.A.**
2970 Clairmont Road
Suite 220
Atlanta, GA 30329
404-633-5114 Telephone
404-325-9721 Facsimile
cyarbrough@apartmentlaw.com