**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 26-59169-JRS |
| **SA RE AMI EL** | : | CHAPTER 13 |
| Debtor. | : | |
| ------------------------------------------------------------ | : | Judge Sacca |
| 820 W MARIETTA OWNER, LLC d/b/a PORTER WESTSIDE, | : | |
| Movant, | : | |
| v. | : | **CONTESTED MATTER** |
| SA RE AMI EL, Debtor | : | |
| NANCY J. WHALEY, Chapter 13 Trustee, | : | |
| Respondents. | : | |

**AFFIDAVIT OF LATISSE WARD**

Personally, appeared before me, the undersigned subscribing officer, duly authorized to administer oaths, came Latisse Ward, being duly sworn, deposed and stated as follows:

1.

I am of legal age and a resident of the State of Georgia.

2.

I am the Property Manager at Porter Westside, the Movant in this case. I am employed by the management company for Porter Westside who is responsible for managing the premises where Debtor resides.

3.

I am also responsible for the collection and posting of rents for the premises in question. I have personal knowledge of the resident account for Sa Re Ami El.

4.

Sa Re Ami El failed to make the payment of $2,879.07 that was due on or before September 10, 2026. This payment consists of the contract rent of $2,401.00, utilities, storage, and parking of $237.97 and one late fee of $240.10. The lease requires a late fee if rent is not paid by the 4th of the month. However, we did not assess the late fee on the account until September 8, 2026.

5.

I notified the Debtor of his post-petition balance by email on September 3, 2026, which at that time did not include a late fee. I notified him again on September 11, 2026, but this time the late fee was added. He has not made the required payment. A true and correct copy of the notices I sent are attached as Exhibit A.

FURTHER AFFIANT SAYETH NOT.

Latisse Ward

Latisse Ward

Sworn to and
subscribed before me
this 15th day of September, 2026.

Executed in: Commonwealth of Virginia

County of Newport News

Qwest Darnell Stanley Electronic Notary Public

NOTARY PUBLIC

Qwest Darnell Stanley
REGISTRATION NUMBER
8004043
COMMISSION EXPIRES
September 30, 2030

Commission Number: 8004043

Notarized remotely online using communication technology via Proof.

My commission expires: 09/30/2030

**From:** Latisse Ward <lward@STYLresidential.com>
**Sent:** Thursday, September 3, 2026 11:52 AM
**To:** sael@simplyinsurance.com <sael@simplyinsurance.com>
**Subject:** Portal Access- September Balance

EXHIBIT A
Blumberg No. 5119

Good afternoon,

I hope you are doing well.

I am writing to let you know that your resident payment portal is now open and available for you to submit a payment toward your September balance. Your current outstanding balance for the month of September is $2,638.97, and partial payments are now accessible through the portal.

Please note that $2,638.97 must be received by September 6th to avoid a late fee. A late fee will be assessed beginning September 7th if payment has not been received.

Please let me know if you have any questions or need assistance accessing the payment portal.

**Best Regards,**

**Latisse Ward**
**Property Manager**
Porter Westside Apartments
404.609.1837
LWard@STYLresidential.com
www.porterwestsideatl.com
820 W Marietta St NW
Atlanta, Ga 30318

STYL
RESIDENTIAL

CONFIDENTIALITY WARNING: This email and any attachments may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use, review, or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system. Unless specifically indicated, this message is not an offer to sell or a solicitation of any investment products or other financial product or service. Thank you in advance for your cooperation.

Outlook

## Re: Portal Access- September Balance

From Latisse Ward <lward@STYLresidential.com>
Date Fri 9/11/2026 9:41 AM
To sael@simplyinsurance.com <sael@simplyinsurance.com>

Good morning Sare,

Please, see the itemized breakdown of all charges due for September. Your rent is $2,401, and your utilities total $237.97. You are now responsible for the late fee in the amount of $240.10.

Please remit full payment of $2,879.07 using the online portal or certified funds as soon as possible.

| | | | | |
|---|---|---|---|---|
| 09/01/2026 | rentres | Rent- Residential (09/2026) | 2,401.00 | |
| 09/01/2026 | storage | Storage (09/2026) | 55.00 | |
| 09/01/2026 | alarm | Alarm System Fee (09/2026) | 35.00 | |
| 09/01/2026 | parkres | Parking - Residential (09/2026) | 25.00 | |
| 09/01/2026 | insuranc | Insurance Premiums (Residential) (09/2026) | 12.00 | |
| 09/01/2026 | Trash | Trash for 5/27/2026 - 6/25/2026 | 3.00 | |
| 09/01/2026 | pest | pest for 5/27/2026 - 6/25/2026 | 5.00 | |
| 09/01/2026 | adminres | adminres for 5/27/2026 - 6/25/2026 | 5.00 | |
| 09/01/2026 | Water | Water for 5/27/2026 - 6/25/2026 | 16.51 | |
| 09/01/2026 | Electric | Electric for 5/28/2026 - 6/26/2026 | 17.12 | |
| 09/01/2026 | vtrash | vtrash for 5/27/2026 - 6/25/2026 | 25.00 | |
| 09/01/2026 | sewer | sewer for 5/27/2026 - 6/25/2026 | 39.34 | |

| | | | | |
|---|---|---|---|---|
| 09/08/2026 | late | Adding late fee due to non payment | 240.10 | |

If you have any questions, please do not hesitate to reach out.

**Best Regards,**

**Latisse Ward**
**Property Manager**
Porter Westside Apartments
404.609.1837
LWard@STYLresidential.com
www.porterwestsideatl.com
820 W Marietta St NW
Atlanta, Ga 30318

S T Y L
RESIDENTIAL

CONFIDENTIALITY WARNING: This email and any attachments may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use, review, or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system. Unless specifically indicated, this message is not an offer to sell or a solicitation of any investment products or other financial product or service. Thank you in advance for your cooperation.